No. 02–336.   McININCH v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 02–5001.   CARPA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 02–5002.   PUENTE-VASQUEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 02–5003.   PINKNEY v. WARD, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 02–5004.   GODFREY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 02–5005.   HOPES v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 02–5006.   HOCKADAY v. CLARK, SUPERINTENDENT, HOKE CORRECTIONAL INSTITUTION.   C. A. 4th Cir.   Certiorari denied.

No. 02–5007.   HENRY v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 02–5008.   GREENE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 02–5009.   HALE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 02–5010.   HANSLEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–5011.   GRIFFITHS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–5012.   HUNTER v. DISTRICT OF COLUMBIA BOARD OF PAROLE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 02–5013.   SOTO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 02–5016.   BARNETT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.